**IN THE UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DARILYNN JOI STEVENS, ) | Case No.  14-45733-659 |
| ) | Chapter  13 |
| DEBTOR, ) | |
| ) | |
| V. ) | |
| ) | |
| AMEREN MISSOURI, ) | |
| ) | |
| RESPONDENT. ) | |

**WITHDRAWAL OF MOTION TO SET ASIDE CONSENT ORDER
ON DEBTOR'S MOTION FOR SANCTIONS WITHOUT PREJUDICE**

COMES NOW Creditor, Medicredit, Inc. and withdraws its Motion to Set Aside Consent Order on Debtor's Motion for Sanctions, without prejudice.

Dated: May 8, 2015            **LATHROP & GAGE LLP**

By:    */s/ Emily Kiser*
Emily Kiser (63004MO)
7701 Forsyth Boulevard, Suite 500
Clayton, Missouri  63105
Telephone:  314.613.2800
Telecopier:  314.613.2801

ekiser@lathropgage.com
**Attorney for Medicredit, Inc.**

23926707v1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered this 8th day of May, 2015, to all parties receiving service pursuant to the Court's e-filing system, and to those parties listed below:

David Nelson Gunn
Judity M. Roberts
Law Offices of Mueller & Haller, LLC
DBA The Bankruptcy Company
2025 Brentwood Blvd.
Brentwood, MO 63144

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of the US Trustee
111 S. Tenth St., Suite 6.353
ST. Louis, MO 63102

By:*/s/ Emily Kiser*

-2-

23926707v1